**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **DEMARCUS SULLIVAN** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 4:20-cv-00662-ALM** |
| | § | |
| **SCHLUMBERGER LIMITED,** | § | |
| **SCHLUMBERGER TECHNOLOGY** | § | |
| **CORPORATION, AND ELWOOD** | § | |
| **STAFFING SERVICES, INC.** | § | |
| | § | |
| **Defendants.** | § | |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Elwood Staffing Services, Inc. ("Elwood") provides the following corporate disclosure statement:

Defendant Elwood Staffing Services, Inc. has no parent corporation, and there is no publicly held corporation owning more than 10% of its stock.

Dated: September 24, 2020.

                                                          Respectfully submitted,

                                                          **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

                                                          /s/ *Tiffany Cox Stacy*
                                                          Tiffany Cox Stacy
                                                          Texas Bar No. 24050734
                                                          tiffany.cox@ogletreedeakins.com
                                                          Kelly E. Preston
                                                          Texas Bar No. 24092912
                                                          kelly.preston@ogletreedeakins.com
                                                          112 East Pecan Street, Suite 2700
                                                          San Antonio, TX 78205
                                                          Telephone: (210) 354-1300
                                                          Fax: (210) 277-2702 (Fax)

**ATTORNEYS FOR ELWOOD STAFFING SERVICES, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on 24th day of September, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will transmit a Notice of Electronic Filing to counsel of record:

Brian P. Sanford
THE SANFORD FIRM
1910 Pacific Ave., Suite 15400
Dallas, TX, 75201
bsanford@sanfordfirm.com

/s/ *Tiffany Cox Stacy*
Tiffany Cox Stacy

44277318.1
022787.000057